**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov



2004 JAN -6 PM 4:58

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

**ANGELA P. WILLIAMS,**

        **Plaintiff,**

-vs-                                         Case No. 6:03-cv-1629-Orl-28KRS

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**AMERICAN RECOVERY SYSTEMS, INC.,**

        **Defendants.**

---

## NOTICE OF JUDICIAL REASSIGNMENT

**NEW CASE NUMBER:**            **6:03-cv-1629-Orl-18KRS**

Pursuant to Court Order, the above-referenced case has been reassigned to the Honorable G. Kendall Sharp for all further proceedings.

As a result of the reassignment, the District Court case number has been changed to

**6:03-cv-1629-Orl-18KRS.**

It is imperative that all future pleadings and/or papers offered for filing reference this *NEW* case number. Otherwise, papers may be misfiled or delayed in getting to the assigned judicial officer.

SHERYL L. LOESCH, CLERK

By: L. Cammarota, Deputy Clerk

January 6, 2004
Copies furnished to:
District Judge Case Reassigned To
Counsel of Record
Unrepresented Party

1-7-04

17

F I L E   C O P Y

Date Printed: 01/06/2004

Notice sent to:

   ___   Steven Michael Fahlgren, Esq.
Law Office of Steven M. Fahlgren, P.A.
4751 South Conway Rd.
Orlando, FL   32812

6:03-cv-01629     igc

   ___   Ernest H. Kohlmyer III, Esq.
Bell, Leeper & Roper, P.A.
2816 E. Robinson St.
P.O. Box 3669
Orlando, FL   32802-3669

6:03-cv-01629     igc

*[handwritten: E  1-7-04  GKS]*